## OWENS v. STATE.

No. 20896.

Court of Criminal Appeals of Texas.

March 6, 1940.

Rehearing Denied April 17, 1940.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is operating an automobile on a public highway while intoxicated; the punishment, a fine of $50 and confinement in jail for 5 days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The forgoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

On Motion for Rehearing.

GRAVES, Judge.

In his motion for a rehearing appellant challenges the sufficiency of the indictment. We have inspected the same. It appears to be in a proper form, and charges the offense of driving an automobile on a public highway while the driver was intoxicated.

The motion is overruled.